1  Lawrence D. Rohlfing
   Attorney at Law: 119433
2  Law Offices of Lawrence D. Rohlfing
   12631 East Imperial Highway, Suite C-115
3  Santa Fe Springs, CA 90670
   Tel.: (562)868-5886
4  Fax: (562)868-8868
   E-mail: rohlfing.office@rohlfinglaw.com
5
   Attorneys for Plaintiff
6  Nick S. Perez

7

8              **UNITED STATES DISTRICT COURT**

9              **CENTRAL DISTRICT OF CALIFORNIA**

10

11 NICK S. PEREZ,                     ) Case No.: 5:16-cv-00296-JFW-DFM
                                      )
12      Plaintiff,                    ) ORDER AWARDING EQUAL
                                      ) ACCESS TO JUSTICE ACT
13   vs.                              ) ATTORNEY FEES AND EXPENSES
                                      ) PURSUANT TO 28 U.S.C. § 2412(d)
14 CAROLYN W. COLVIN, Acting          ) AND COSTS PURSUANT TO 28
   Commissioner of Social Security,   ) U.S.C. § 1920
15                                    )
        Defendant                     )
16 _____)

17

18   Based upon the parties' Stipulation for the Award and Payment of Equal

19 Access to Justice Act Fees, Costs, and Expenses:

20   IT IS ORDERED that fees in the amount of $2,936.00 as authorized by 28

21 U.S.C. § 2412, and costs in the amount of $14.00 as authorized by 28 U.S.C. §

22 1920, be awarded subject to the terms of the Stipulation.

23 DATE:  December 12, 2016

                                    _____
24                                  HONORABLE DOUGLAS F. MCCORMICK
                                    UNITED STATES MAGISTRATE JUDGE

-1-